IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK
----------------------------------------X
GEORGE LOMBARDI,
    Petitioner,

v.

UNITED STATES OF AMERICA,
    Respondent.
----------------------------------------X

Civil Docket No. 06-CV-1055 (JG)(SMG)

NOTICE OF MOTION TO ADMIT COUNSEL *PRO HAC VICE*

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAR 03 2006 ★
BROOKLYN OFFICE

TO:     Michael H. Warren
Assistant U.S. Attorney's Office
Eastern District of New York
1 Pierrepont Plaza
Brooklyn, NY 11201

PLEASE TAKE NOTICE that upon the annexed affidavit of movant in support of this motion and the Certificate of Good Standing annexed thereto we will move this Court at the United States Courthouse for the Eastern District of New York, pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York for an Order allowing the admission of movant, a member of the firm of Linda S. Sheffield and member in good standing of the Bar of the State of Georgia, as attorney *pro hac vice* to argue or try this case in whole or in part as co-counsel to Marc Fernich. There are no pending disciplinary proceedings against me in any State or Federal court.

Respectfully submitted,

LINDA S. SHEFFIELD, LS5200, Georgia Bar No. 639725

10 Glenlake Parkway
Suite 130
Atlanta, GA 30328
(404) 329-1911 Telephone
(404) 329-9960 Facsimile
Email: lshef@mindspring.com

Granted
So ordered
s/John Gleeson
3-10-06

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

---------------------------------X

GEORGE LOMBARDI,
        Petitioner,

Civil Docket No. _____

UNITED STATES OF AMERICA,
        Respondent.

AFFIDAVIT OF
LINDA S. SHEFFIELD IN
SUPPORT OF MOTION TO
ADMIT COUNSEL *PRO HAC VICE*

---------------------------------X

State of Georgia   )
                            )    SS:
County of Fulton   )

Linda S. Sheffield, being duly sworn, hereby deposes and says as follows:

1. I am an attorney in private practice.

2. I submit this affidavit in support of my motion for admission to practice *pro hac* vice in the above captioned matter as co-counsel to Marc Fernich.

3. As shown in the Certificate(s) of Good Standing annexed hereto I am a member in good standing of the Bar of the State of Georgia.

4. There are no pending disciplinary proceedings against me in any State or Federal court.

5. Wherefore Linda S. Sheffield respectfully requests that she be permitted to appear as co-counsel and advocate *pro hac vice* in this one case.

Respectfully submitted,

_____
LINDA S. SHEFFIELD, LS5200
Georgia Bar No. 639725
10 Glenlake Parkway
Suite 130
Atlanta, GA 30328
Telephone (404) 329-1911, Fax (404) 329-9960
Email: lshef@mindspring.com

Dated:

Sworn to and subscribed before me this
24 day of February, 2006.

_Natasha Ball_ Notary Public

My Commission Expires: January 12, 2010



LATASHA BALL
Notary Public, State of Georgia
Fulton County
My Commission Expires
January 12, 2010

# STATE BAR OF GEORGIA



*Lawyers Serving the Public and the Justice System*

Ms. Linda S. Sheffield
10 Glenlake Parkway, Suite 130
Atlanta, GA 30328

**CURRENT STATUS:** Active Member-Good Standing

**DATE OF ADMISSION TO PRACTICE:** 06/20/1977

**Attorney Bar Number:** 639725

Today's Date: February 22, 2006

Listed below are the disciplinary actions, if any, which have been taken against this member:

| State Disciplinary Board Docket # | Supreme Court Docket # | Disposition |
|---|---|---|
| NA | NA | N/A |

The prerequisites for practicing law in the State of Georgia are as follows:

- Must be certified by the Office of Bar Admissions, either by Exam, or on Motion (Reciprocity).
- Sworn in to the Superior Court in Georgia, which is the highest court needed for individuals to practice law in the State of Georgia.
- Enrolled with the State Bar of Georgia, which is an arm of the Supreme Court of Georgia.

Attorneys licensed in Georgia and whose membership is current are eligible to practice law in Superior Court. The Attorney may upon application, if they so choose apply for admission to the Supreme, District and the Georgia Court of Appeals.

Under the privacy/confidentiality provision of the Bar Rule 4-221(d), any complaint against a member resolved prior to the filing and docketing of a disciplinary case in the Supreme Court is not a matter of public record, and may not be revealed without a waiver from the member. It is the policy of the State Bar of Georgia to answer any inquiry about a member by disclosing only those complaints that have been docketed in the Supreme Court. With respect to matters that are currently pending as active, undocketed cases, when an inquiry is received, the State Bar of Georgia shall not disclose the existence of those complaints. Such non-disclosure should not be construed to confirm the existence of confidential complaints since the vast majority of members in good standing are not the subjects of such confidential complaints.

This member is currently in **"good standing"** as termed and defined by **State Bar Rule 1-204**. The member is current in license fees and is not suspended or disbarred as of the date of this letter.

**This document hereby certifies that the above-mentioned individual is a registered member of the State Bar of Georgia and is currently in good standing.**

**STATE BAR OF GEORGIA**

Toni Peterson
Official Representative of State Bar of Georgia

**HEADQUARTERS**
104 Marietta Street, Suite 100
Atlanta, Georgia 30303
(404) 527-8700 ∎ (800) 334-6865
FAX (404) 527-8717
www.gabar.org

**SOUTH GEORGIA**
244 E. Second Street (Zip 31794)
P.O. Box 1390
Tifton, Georgia 31793-1390
(229) 387-0446 ∎ (800) 330-0446
FAX (229) 382-7435

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the Notice of Motion to Admit Counsel *Pro Hac Vice*, Affidavit of Linda S. Sheffield in Support of Motion to Admit Counsel *Pro Hac Vice*, Certificate of Good Standing and proposed Admission to Practice *Pro Hac Vice* has been served via First Class U.S. Mail with the appropriate amount of postage on opposing counsel, addressed as follows:

> Michael H. Warren
> Assistant U.S. Attorney's Office
> Eastern District of New York
> 1 Pierrepont Plaza
> Brooklyn, NY 11201

This 3rd day of MARCH, 2006.

_____
Marc Fernich

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK
------------------------------------X
GEORGE LOMBARDI,
      Petitioner,

                                                      Civil Docket No. _____

v.

UNITED STATES OF AMERICA,          ADMISSION TO PRACTICE
      Respondent.                         *PRO HAC VICE*
------------------------------------X

    The motion for admission to practice *pro hac vice* in the above captioned matter is granted. The admitted attorney Linda S. Sheffield is permitted to argue or try this particular case in whole or in part as co-counsel or advocate.

    An attorney admitted to practice *pro hac vice* is required to pay a $25.00 attorney admission fee and present this Order to the intake deputy clerk in the Clerk's Office. When paying by mail, return a copy of this Order to the Clerk's Office with the required fee.

    This Order confirms your appearance as counsel in this case, and it will be entered on the Court's docket. A notation of your admission *pro hac vice* for the above listed case will be made on the roll of attorneys.

    The attorney admitted *pro hac vice* must serve a copy of this Order on all other counsel in this case.

Dated: _____

                                                                                     _____
                                                                                     United States District Judge

cc:   *Pro Hac Vice* Attorney
      Court File